UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORA FERNÁNDEZ; AUGUSTO SCHREINER; EDDIE TORO-VÉLEZ; VÍCTOR R. VELA-DÍEZ DE ANDINO; JUAN VIERA; GEORGINA VÉLEZ-MONTES; and ESTHER SANTANA, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>UBS AG; UBS FINANCIAL SERVICES, INC.; UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; UBS BANK USA; CARLOS V. UBIÑAS; MIGUEL A. FERRER; BANCO POPULAR de PUERTO RICO; and POPULAR SECURITIES, LLC,<br><br>                Defendants. | Civil Case No. 14-1441-CCC |

## NOTICE OF APPERANCE OF COUNSEL

COME NOW Co-defendants UBS AG, UBS Financial Services, Inc., UBS Financial Services Incorporated of Puerto Rico, Inc., UBS Trust Company of Puerto Rico, UBS Bank USA, and Carlos V. Ubiñas, and through their undersigned counsel, respectfully request that this Honorable Court take notice of the appearance of **Mr. Salvador J. Antonetti-Stutts,** of **O'Neill & Borges, LLC**, as counsel of record on their behalf in this action.

WHEREFORE, the appearing defendants respectfully request that this Honorable Court take notice of the above.

I HEREBY CERTIFY that on this same date, this Joint Motion for Order Setting Briefing Schedule and Extending Time to Respond to the Complaint was served on counsel for all parties

1

electronically via the Court's CM/ECF system.

      RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on June 26, 2014.

          O'NEILL & BORGES LLC
          By: s/Salvador J. Antonetti-Stutts
          Salvador J. Antonetti-Stutts

          American International Plaza
          250 Muñoz Rivera Ave., Ste. 800
          San Juan, PR 00918-1813
          Telephone: (787) 764-8181
          Facsimile: (787) 753-8944

*Attorneys for Defendants UBS AG, UBS Financial Services, Inc., UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico, UBS Bank USA, and Carlos V. Ubiñas*